-1-

FILED
IN CLERKS OFFICE

TO: Chief trial Judge
From: Arthur Burnham
2018 FEB 26 PM 12: 54
RE: 4:16cv40061, 4: U.S. DISTRICT COURT 60, 4:18cv40001
DISTRICT OF MASS.

 Your Honor, I regret to inform You
I feel I must file suit against employees
of The United State District Court of Worc.
 As Previously stated Pages of my
civil Actions against State have been omitted.
~~UPD~~ well now Ive been made aware multiple
letters, request for copy of file Three-Judge
Panel, (18-40001?), ~~At~~ with a Appendix
full of Exibits Proving Ive Been treated
to "Grave Unfairness" As well As Exibits
of medical unreasonableness in which support
§1983 Three-Judge Panel, Have Been ignored,
discarded, shredded ect.... It is disturbing
And seriously unfair. This has been going on now
for over a Year. (I will Provide a greater in-
depth list of irregularities in a days time)
 What Am I suppose to do? First
Amendment is "so deeply rooted" in our nations
history, Legal Practices, Precedents As to be
considered fundimental. Am I correct sir? Also
these Are ADA Claims. CFR 134., §12203???
Im Just sitting here in "Awe". You see
I wrote a letter to Clerk (U.S. Worc.) in July

2017 Complaining Pages were missing in
At key Points in 4:16cv40057 Amendment.
I was upset stating I should have been informed.
I Blamed on Notice of intent to U.S. A.G.
and a LAY suit filed on magistrate Hennessy.
    Shortly there After Pages were missing
in 4:16cv 11496 (clinton court defendants).
    A motion for Change of venue was
Never docketed. Now A letter to worc.
clerk that mention missing Pages and A request
For copy's of Both Appendix with All exibits
ignored. Same a request for copy's of 40001,
40360 so I can see if Anything is missing is
missing... Also many more spoliation of
exibits and Amended complaints... (list will be
sent to Your Honor 2 days)
    Your Honor I've been studying civil
rights for 8hrs daily for a Year. Due Process
is read to be so absolute. As I stated in the
Three-Judge Panel I been reading Law reviews
"The rule of Law for Judges" by Tom Rearly
(I believe he's 5th cir), who was talking much
about natural Law in contrast with Positive
Law. Also abuses of office, oath and extent of
Authority. I understand my claims Are against
court employees. Its natural to Protect Peers,
But what of Const. Amend. 1? [or] 14?? Positive
Law. Things Already decided

Your Honor I have Proof video existed. Proof in direct medical Evidence (written) of video contemporaneous statements Attached to video record in medical documentation. If those Proofs All collected in 2 Appendix's Attached to three - Judge Panel are lost or Destroyed That cannot stand Your Honor.

Does Your Honor think Pro-SE has not learned "semantics" Along the way. File# against District Court of 1st Cir? That should be real healthy for my Closure of this mess. Even if it is Just "NOTICE OF Claim" under 28 USC § 1346(b), § 2672.

Your Honor I am scared at All the "Abuse of Power and office" in my situation. Terrified even. So what Allow unFair Prosecution And ADA interference to Continue un-checked without A vioce? Its Nelson mendella for me? No new life as a Civil Rights Advocate or ↑? Oh Your Honor if You only understood How much respect I have for Federal Justices and How great Judicial Checks are on our executive and legislative Power. I never never understood before As I do Now. I understand Gore - Bush decision in Florida Came down to Equal Protection... I LOVE E.P... You could say I'm in love with EQUAL PROTECTION CLuase.

where Are we sir. myself and my
District Court of mA. I Am no terrorist.
RHetoric over Blown At that. I studied Bio
and forestry. A frigging tree Hubber.
Dangerous is this [o]ne Sided
determination of facts decisive of rights.
Dangerous Engine of Arbitrary Gov.
to Burry me to Goal without Bail or
"Presence" At my own Public trial Then no
contact with defense Counsel? Blackstone,
Hamilton understood this... Its 2018
2018? Not 1550 or Let Better say
1400 Star Chamber Proceding.
my notice will be sent to Your
Honor and Honorable Hillman 1 week
Before D.C. Out of respect and
Prayer. Its no wonder I decompensated
back to depression and suicide idiology.
72 stitches in Jan 2018 2days before
my 48th Birthday (1/23/1970). I'm Better.
depressed still but stable. I want my Freedom.
Ive Been Punished terribly before conviction.
OH, Judge.. Nobody cares state court
did make fun of me over that video. real funny
I dont see why I could not Plead
to reduced Charge with 3 years Already served.
I have nothing like this on record in Past. Never

really served more than 90 days.
I was reading FLORES About Abitrary
taking Being fixed After it should not
have accored in the first Place.

54 days with no Counsel... Pro-
SE motions ignored undocketed. (counsel)
28 months on Preventive detention 276 5PA,
Throw out Pro-SE motion addressing
this Loss of Liberty? Now what is
my 28 usc 1443 (1) thrown out...
my § 2241 is it missing Pages? my
§ 1983 three-Judge Panel reQuest Are the
Exibits Attached Hereto. Is complaint
missing Pages? why is letter reQuest
For certified Copies ignored??

Personal Animosity is not " mere
Lack of Due Care".

I dont know what is to become
of me. I'll SAY this my Behavior is not
Going to Be Prevoked... I will
react Appropriately. study law Continuously
and use Petition Clause. OH YA Judge
my Phone reQuest to Access Legal recources
Harvard, B.U. ect. is lost. They lost
my reQuest Sheet for Phone Access A B.S.H.
I Can only laugh Judge.

Respectfully                    02/02/2018
    Arthur Bumham  Briidgewater S. H.